John Scanlon, Respondent, *v.* The Village of Weedsport, Appellant.

*Scanlon* v. *Village of Weedsport,* 81 App. Div. 654, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The following questions were certified:

" 1. Was the new ice which formed on Saturday night, March 10th, 1900, as matter of law, the proximate cause of the plaintiff's accident ?

" 2. Was the trial court justified in submitting to the jury the question whether the plaintiff slipped and fell upon a ridge of ice that had existed for some time, or upon any new ice that might have formed shortly before the accident ?

" 3. Was there any question appearing in the record which should properly have been submitted to the jury ?

" 4. Was the defendant's motion for a nonsuit properly denied ?

" 5. Was the defendant's motion for a new trial properly denied ?

" 6. Did the court err in excluding the evidence of Clark and Dyer ?

" 7. Should the judgment of the Appellate Division be reversed ? "

*Frederic E. Storke* for appellant.

*Frank D. Wright* for respondent.

Judgment affirmed, with costs. Questions certified not answered, because as the appeal was from a final judgment the court had no power to certify them; no opinion.

Concur: Parker, Ch. J., Gray, Bartlett, Martin, Vann, Cullen and Werner, JJ.